**No. 40009.**—Protests 24188–G, etc., of Hudson Forwarding & Shipping Co. et al. (New York).

· Opinion by TILSON, J.   Articles in chief value of cellulose filaments similar to those involved in Abstract 37230 were held dutiable at 60 percent under paragraph 31.   Flouncings, galloons, trimmings, allovers, and insertings similar to those involved in *United States* v. *Smith* (12 Ct. Cust. Appls. 384, T. D. 40544) were held dutiable as embroidered at 75 percent under paragraph 1430.